No. 3291.—Rodríguez Polanco, Aplte., v. Suárez, Apldo. —C. D. San Juan, Distrito 1°. Daños y perjuicios. Julio 26, 1924. Apareciendo que la prueba es contradictoria y el conflicto se resolvió por la corte inferior a favor del demandado sin que se haya demostrado que abusara de su discreción, *se confirma* la sentencia apelada.

No. 589.—Mejías, Recurrente, v. Registrador de Caguas, Recurrido.—Julio 26, 1924. Apareciendo que se trata de una verdadera partición en la que intervienen menores y se adjudica al padre la parte de un inmueble para pago de deudas sin haberse cumplido con la ley de procedimientos legales especiales, artículo 11, enmendado en marzo 9, 1911, (p. 126), visto el caso de *Longpré* v. *Díaz*, 273 U.S. 312, *se confirma* la nota recurrida.

No. 594.—Luce & Co., S. en C., Recurrente, v. Registrador de Guayama, Recurrido.—Agosto 1, 1924. Vista la moción de reconsideración presentada, se deja sin efecto la resolución de julio 9, último, quedando así abierto nuevamente el caso, pudiendo, tanto la recurrente como el registrador presentar nuevos alegatos dentro del término de 30 días.